HELEN E. T. KELLY, petitioner-respondent,

*v.*

WILLIAM J. KELLY, defendant-appellant.

[Submitted October term, 1936.   Decided January 22d, 1937.]

*Mr. Louis L. Hendler,* for the defendant-appellant.

*Messrs. Theodore Strong & Son (Mr. Stephen V. R. Strong),* for the petitioner-respondent.

PER CURIAM.

We are satisfied from our examination of the proofs that the findings of the learned advisory master were proper.

The decree is, therefore, affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.